MCGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2726

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07MC00011-SMS |
| Plaintiff, | |
| v. | STIPULATION FOR ORDER OF CONTINUING GARNISHMENT (Voluntary); |
| CEPHAS LEE CUNNINGHAM, | |
| Defendant and Judgment Debtor. | **ORDER** |
| NORTHERN REFRIGERATED TRANSPORTATION, INC., | |
| Garnishee. | |

It is stipulated by the parties as follows:

1.  The United States has obtained a judgment herein against defendant in the total amount of $5,200.00.  As of May 18, 2007, the balance owing on the judgment is $3,315.56.

2.  In order to make regular payments on the judgment, defendant stipulates that the Court may issue an Order of Continuing Garnishment directing defendant's employer, the above-named garnishee, to withhold certain amounts from defendant's periodic earnings, and to pay the amounts to the United States towards the

1 | balance owing by defendant on the judgment.
2 |     3.   Defendant's present pay period is bi-weekly.  Defendant's
3 | disposable earnings are approximately $1,659.20 every pay period.
4 | Twenty-five percent of defendant's disposable earnings per pay
5 | period is $414.80.
6 |     4.   Defendant agrees that $50.00 of his disposable earnings
7 | will be withheld by the garnishee every pay period and forwarded to
8 | the United States District Court for application to the balance due
9 | on the judgment.  The parties request that the Court issue an Order
10 | of Continuing Garnishment ordering defendant's employer, the above-
11 | named garnishee, to withhold and remit to the United States District
12 | Court $50.00 of defendant's disposable earnings each pay period
13 | until the judgment is paid in full.
14 |     5.   Every 12 months, plaintiff will request and defendant will
15 | provide a current financial statement, and the parties will attempt
16 | to agree to the amount of garnishment for the succeeding 12 months.
17 | However, either party may at any time file a motion with the U.S.
18 | Magistrate Judge to modify the Order of Continuing Garnishment
19 | Pursuant to Stipulation, and the Court may modify the Order if
20 | required by applicable law.

DATED: <u>August 2, 2007</u>          McGREGOR W. SCOTT
                                      United States Attorney


                                By:   <u>*/s/ Bobbie J. Montoya*</u>
                                      BOBBIE J. MONTOYA
                                      Assistant U.S. Attorney

DATED: <u>July 25, 2007</u>            <u>*/s/ Cephas Cunningham*</u>
                                      Cephas Lee Cunningham
                                      Defendant/Judgment Debtor

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07MC00011-SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER OF CONTINUING |
| ) | GARNISHMENT PURSUANT |
| CEPHAS LEE CUNNINGHAM, ) | TO STIPULATION |
| SSN: xxx-xx-2182, ) | (Voluntary) |
| ) | |
| Defendant and ) | |
| Judgment Debtor. ) | |
| ) | |
| NORTHERN REFRIGERATED ) | |
| TRANSPORTATION, INC., ) | |
| ) | |
| Garnishee. ) | |
| ) | |

Pursuant to the Stipulation For Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee NORTHERN REFRIGERATED TRANSPORTATION, INC. shall withhold each pay period and remit to the United States District Court, $50.00 of defendant's disposable earnings*, until the judgment is paid in full, or until further order of the Court.

* (gross earnings less required withholdings for federal income taxes, social security and Medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system)

IT IS SO ORDERED.

**Dated:   August 15, 2007**             /s/ Sandra M. Snyder

1

UNITED STATES MAGISTRATE JUDGE